UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20964

    JEROLD LAMONT MILLER
    PATRICIA ANN MILLER                   CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-4940    SSN XXX-XX-1728

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/08/2007 and was not confirmed.

    The case was dismissed without confirmation 01/17/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT CO LLC | SECURED VEHIC | 9453.04 | .00 | .00 |
| AFFORDABLE FURNITURE | SECURED | 300.00 | .00 | .00 |
| AFFORDABLE FURNITURE | UNSECURED | 707.82 | .00 | .00 |
| GMAC | SECURED VEHIC | 11675.00 | .00 | .00 |
| GMAC | UNSECURED | 3714.72 | .00 | .00 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HOMECOMINGS FINANCIAL NE | NOTICE ONLY | NOT FILED | .00 | .00 |
| HOMECOMING FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | 14000.00 | .00 | .00 |
| HOMECOMINGS FINANCIAL NE | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | 4500.00 | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE TRINITY HOSPITA | UNSECURED | 324.43 | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 3596.39 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 940.32 | .00 | .00 |
| ASPIRE | NOTICE ONLY | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| BALLY TOTAL FITNESS | NOTICE ONLY | NOT FILED | .00 | .00 |
| BLACK EXPRESSION | UNSECURED | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHECK PROTECTION SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| EASTERN COLLECTION CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECONOMY INTERIORS | UNSECURED | NOT FILED | .00 | .00 |
| ECONOMY INTERIORS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RECEIVABLE MANAGEMENT IN | UNSECURED | 1655.00 | .00 | .00 |
| GENESIS | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 20964 JEROLD LAMONT MILLER & PATRICIA ANN MILLER

| | | | | |
|---|---|---|---|---|
| GTE SOUTH | UNSECURED | NOT FILED | .00 | .00 |
| GTE SOUTH | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC BANK NV FKA HHLB | UNSECURED | NOT FILED | .00 | .00 |
| KMART | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS RECOVERY NETWOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| MIDWEST DIAGNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |
| RADIOLOGY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SUBURBAN DENTAL CA | UNSECURED | NOT FILED | .00 | .00 |
| SOUTH SUBURBAN DENTAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| THE MANSARDS APARTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| THE MANSARDS APTS | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRUSTMARK RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF CALUMET PARK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF CALUMET | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 5105.54 | .00 | .00 |
| PETER FRANCIS GERACI | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE